**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES L. BOWLES and
TAMMI L. BOWLES,

    Plaintiffs,

vs.                                            Case No. 3:12-cv-1096-J-99JBT

DEUTSCHE BANK NATIONAL TRUST
CO. And OCWEN LOAN SERVICING,
LLC,

    Defendants.

## ORDER

    This case is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 12), filed on January 29, 2013. Plaintiff advises that the parties have settled. (Docs. 9 & 12.) In addition, upon review of the docket, the Court notes that the Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, this case is dismissed with prejudice.

    **DONE AND ORDERED** in Chambers in Jacksonville, Florida, on this 30th day of January, 2013.

                                                    TIMOTHY J. CORRIGAN
                                                    United States District Judge

sa.
Copies:

Counsel of Record